

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **FULL RIVER BATTERY MANUFACTURE CO., LTD, a Chinese corporation, d.b.a. FULL RIVER NORTH AMERICA,** | ) | **Case No.:** |
| **Plaintiff,** | ) | **08CV4708** **JUDGE HART** **MAGISTRATE JUDGE KEYS** |
| **v.** | ) | |
| **JANES POWER SYSTEMS, INC. an Illinois corporation,** | ) | |
| **Defendant.** | ) | |

**FILED**

AUG 1 9 2008 TC
Aug 19. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**COMPLAINT**

NOW COMES the plaintiff, FULL RIVER BATTERY MANUFACURE CO., LTD, a corporation, by its attorneys, Marian S. K. Ming & Associates, and complaining of the defendant, JANES POWER SYSTEMS, INC., states:

**THE PARTIES**

1. At all times herein mentioned, the plaintiff, FULL RIVER BATTERY MANUFACURE CO., LTD. ("Full River"), was and is a corporation duly organized under the laws of The People's Republic of China with its principal place of business in Guangzhou, China.

2. That Defendant, JANES POWER SYSTEMS, INC. ("Janes Power") was and is a corporation duly organized under the laws of the State of Illinois.

**JURISDICTION AND VENUE**

3. Full River incorporates the allegations contained in Paragraphs 1 through 2 as if fully rewritten herein.

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332, because the citizenship of plaintiff and defendant is completely diverse.

5. The amount in controversy exceeds Seventy five thousand (75,000.00) dollars (exclusive of interest and costs).

6. Venue is proper pursuant to 28 U.S.C. §1391(a), because a substantial part of the events or omissions giving rise to the claims occurred in this District.

**FACTS AND BACKGROUND**

7. Full River incorporates herein as if fully written all of the allegations contained in paragraphs 1 through 6 above.

8. On October 18, 2005, the Defendant issued a Purchase Order to Full River for Nine Hundred Fifty Eight (958) BPI Model ER170FT Front Terminal Telecom Batteries at the rate of $112.00. See Exhibit A.

9. The order was shipped into three containers. The first container contained 320pcs, and was Shipped on Board December 28, 2005. The other two containers contained Six Hundred Thirty Eight (638) pieces, and was Shipped on Board January 21, 2006. See Exhibit B and C.

10. On December 28, 2005, the Defendant issued another Purchase Order to Full River for Six Hundred Thirty Six (636) BPI Model ER170FT Front Terminal Telecom Batteries at the rate of $112.00. See Exhibit D.

11. The Second Purchase Order was divided into two containers and shipped on board February 21, 2006, and March 9, 2006. see Exhibit E and F

12. At the end of March of 2006, the Full River received the payment $35840.00 for the shipment of Batteries.

13. All the Ordered Batteries were Received and Accepted by the Defendant.

14. Full River has repeatedly requested payment for the remaining balance for delivered goods form the Defendant.

15. Defendant has ignored all requests and refuses to pay for the goods.

**COUNT I**
**(Breach of Contract)**

16. Full River incorporates herein as if fully written all of the allegations contained in paragraphs 1 through 15 above.

17. On October 5, 2005, and December 28, 2005, Full River accepted Janes Power's Purchase Orders and extended Janes Power credit on the Purchase.

18. The Batteries were actually delivered to the Defendant.

19. Full River performed all of the conditions required of it pursuant to the sales of the Batteries.

20. The defendant received and accepted all the shipments of the Batteries.

21. The Defendant Materially breached the terms of the contracts by refusing to pay Full River the Due and owing amount of $142,688.00.

22. Defendant Materially Breached the contracts without justification or excuse.

23. As a direct and proximate result of Defendant's Breach of contract, Full River has suffered and will continue to suffer damages in excess of $142,688.00

**COUNT II**
**(Promissory Estoppel)**

24. Full River incorporates herein as if fully written all of the allegations contained in paragraphs 1 through 23 above.

25. Defendant unambiguously promised to pay all the amounts due and owing for the Batteries received by Defendant.

26. Full River relied upon Defendant's promise to pay and Extended Credit to Defendant.

27. Full River's reliance upon Defendant's promise was reasonable

28. Full River relied upon Defendant's promise to its detriment.

29. As a direct and proximate result of Defendant's failure to keep its promise, Full River has suffered and will continue to suffer damages in excess of $142,688.00

**COUNT III**
**(Conversion)**

30. Full River incorporates herein as if fully written all of the allegations contained in paragraphs 1 through 29 above.

31. Defendant intentionally caused Full River to extend credit and to deliver Batteries.

32. Defendant had and has no rights to the Batteries.

33. Defendant wrongfully deprived Full River of its right to possession and/or control of the Batteries or the Funds extended.

34. As a direct and proximate result of Defendant's wrongful and deliberate actions, Full River has suffered and will continue to suffer damages in excess of $142,688.00

**COUNT IV**
**(Unjust Enrichment)**

35. Full River incorporates herein as if fully written all of the allegations contained in paragraphs 1 through 34 above.

36. Full River conferred upon the Defendant the benefit of the Batteries and the Credit.

37. Full River is actually entitled to payment for the Batteries or the Batteries.

38. Defendant has been unjustly enriched as a result of receiving the Batteries without paying the said Batteries.

WHEREFORE Plaintiff, Full River, prays that this Court enter a judgment in its favor and against Defendant, Janes Power, as follows:

A. Judgment against Defendant and in Full River's favor in the amount of $142,688.00 plus post-judgment interest at the Statutory rate of 9%;

B. For collection costs or attorneys' fees in the amount of $52,000.00 and Plaintiff's costs of its suit.

C. Punitive damages against Defendant in the amount of $80,000.00;

D. Such other and further relief as this Court deems just and proper.

Respectfully Submitted,

Marian S. K. Ming
*Attorney for Plaintiff*
*Full River Battery Manufacture Co., LTD*

Marian S. K. Ming & Associates
One North LaSalle Street, Suite 2205
Chicago, Illinois 60602
(312) 782 – 8200
(312) 782 – 7072 (fax)
Email: minglaw@msn.com

# Exhibits

Exhibit A........................ Janes Power Purchase Order Dated October 18, 2005

Exhibit B........................Bill of Landing Dated December 28, 2005

Exhibit C........................ Bill of Landing Dated January 21, 2006

Exhibit D........................Janes Power Purchase Order Dated December 28, 2005

Exhibit E........................ Bill of Landing Dated February 21, 2006

Exhibit F........................ Bill of Landing Dated March 6, 2006

# Exhibit A

Marian S. K. Ming & Associates
One North LaSalle Street, Suite 2205
Chicago Illinois, 60602

雇氏公司订单一 ①




# Purchase Order

| Date | P.O. No. |
|---|---|
| 10/18/2005 | 11346 |

| Vendor | Ship To |
|---|---|
| FULLRIVER NORTH AMERICA<br>DOUG PIERCE<br>949 N. LARCH<br>ELMHURST, IL 60126<br>610 927 9921 office | NEXTEL PARTNERS INC.<br>C/O JANES POWER SYSTEMS, INC<br>WILL ADVISE STREET<br>PENSACOLA, FL |

| Issued by | Terms | Expected | Ship Via | FOB |
|---|---|---|---|---|
| DFI | Net 30 | 12/16/2005 | BEST WAY GROUND | ELMHURST |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| CC-ER170FT | BPI MODEL ER170FT FRONT TERMINAL TELECOM BATTERY. RATED 12 VDC, 160 AH 21.65 x 4.33 x 11.3"H, 114 LBS.<br><br>MUST NOTIFY JANES POWER SYSTEMS, CHRIS WEGENER TWO WEEKS PRIOR TO DELIVERY AND AGAIN 48 HOURS PRIOR TO DELIVERY PHONE 630-682-9955 | 958 | 112.00 | 107,296.00 |
| | | | **Total** | $107,296.00 |

# Exhibit B

Marian S. K. Ming & Associates
One North LaSalle Street, Suite 2205
Chicago Illinois, 60602

1/6

PAGE: 1

LYKES LINES, A DIVISION OF CP SHIPS USA, LLC
www.lykeslines.com

# BILL OF LADING

| SHIPPER/EXPORTER (complete name and address) | BOOKING NO. | BILL OF LADING NO. |
|---|---|---|
| FULLRIVER BATTERY MANUFACTURE CO., LTD. TAISHI INDUSTRIAL AREA, YUWOTOU TOWN, PANYU ZONE, GUANGZHOU CHINA | SZXDL06299 | SZXDL062990 |
| | EXPORT REFERENCES | CUSTOMER REFERENCES |

| CONSIGNEE (not negotiable unless consigned to order) | FORWARDING AGENT | FMC NO. | CHB NO. |
|---|---|---|---|
| JANES POWER SYSTEMS INC. 155-A EAST SAINT CHARLES RD CAROL STREAM, IL 60188-2081 | | | |

| NOTIFY (complete name and address) | ALSO NOTIFY ROUTING & INSTRUCTIONS |
|---|---|
| FEDEX TRADE NETWORKS 49 PAVILION AVE PROVIDENCE, RI 02905 ATTN: MS.CINDY TEL: 401-941-2694 FAX: 401-941-6340 | NORTH AMERICAN POWER GROUP LLC 323 KENTUCKY AVE SINKING SPRING PA 19608 ATTN: DOUG PIERCE TEL: 610-927-9921 FAX: 484-214-0196 |

| *PRE-CARRIAGE BY | *PLACE OF RECEIPT BY PRE-CARRIER | POINT (STATE) OF ORIGIN OR FTZ NUMBER | |
|---|---|---|---|
| | | | |
| **VESSEL/VOYAGE** | **PORT OF LOADING** | **LOADING PIER/TERMINAL** | |
| CP MONTERREY 026E | CHIWAN | CHIWAN | |
| **PORT OF DISCHARGE** | ***PLACE OF DELIVERY BY ONCARRIER** | **TRANSPORT MODE** | **TARIFF NO. / SERVICE CONTRACT NO.** |
| VANCOUVER | ELMHURST, IL, US | CY -DC | 019627-368 APPROVAL |

*Applicable only when used in multimodal service.

PARTICULARS FURNISHED BY SHIPPER

| SHIPMENT CODE-MARKS & NUMBERS CONTAINER & SEAL NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| NPA-NEXTEL P/NO:11346 PI#:03 K5 TO FL | 1 | SHIPPER'S WEIGHT, LOAD AND COUNT CY/DOOR . 320 CARTONS (14 PLTS) BATTERY NOT CONTAINING LITHIUM, SODIUN, (POTASSIUM, HYDROXIDE) . THIS SHIPMENT CONTAINS SOLID WOOD PACKING MATERIALS AND DID FUMIGATION . DESTINATION AGENT: LYKES LINES LTD, LLC 401 EAST JACKSON STREET SUITE 3300 TAMPA FL 33602 TEL:+1 813 276 4600 . | 1st Container deliver: 1/19 ETA- 1/19 | |
| CN: PRSU2169257 SN1: 0204023 | | TOTAL: 1X20'DH CONTAINER ONLY 320 CARTON(S) | 17144.000KG 37795.662LB | 11.620CM 410.356CF |

IMPORT CONTAINER DEMURRAGE/DETENTION CHARGES WILL APPLY TO CONSIGNEE AT

CONTINUED ON PAGE: 2

Received in apparent good order and condition (unless otherwise stated herein) the total number of containers or other packages or units indicated above in accepting this document, albeit without signing it himself, the merchant expressly agrees and accepts that carriage is subject to all the terms and conditions, including the terms and conditions, on the reverse hereof, whether written, printed, stamped or otherwise incorporated and the terms and conditions of the carrier's applicable tariff particularly as regards CONTAINER AND VEHICLE DEMURRAGE. Carriage to be from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. The carrier has the right ship Goods on deck as per clause [illegible]. FOR BILLS OF LADING: If the carrier so requires, before he arranges delivery of the Goods, one original Bill of Lading, duly endorsed, must be surrendered by the merchant to the carrier. In witness whereof, the number of originals stated below have been issued, one of which being accomplished, the other(s) to be void. FOR SEA WAYBILLS/EXPRESS BILLS: The Goods shipped under this Sea Waybill will be delivered to the party named above as consignee or it's authorized agents, on production of proof of identity without any documentary formalities. Delivery otherwise than to the party and at the place set out above, at the request of the consignee, may be agreed by the carrier but subject always to the shippers agreement. The carrier to exercise due care, ensuring that delivery is made to the proper party. However, in case of incorrect delivery, no responsibility will be accepted unless due to fault or neglect on the part of the carrier. All references to "Bill of Lading" in this document should be taken to read "Sea Waybill" / "Express Bill" when printing Sea Waybills / Express Bills.

| FREIGHT CHARGES | PAY AT | RATE BASIS | PREPAID | COLLECT |
|---|---|---|---|---|
| | | | | |
| TOTAL CHARGES | | | | |

Declared Cargo Value $ ________ If Merchant enters a value, carrier's limitation of liability shall not apply and the ad valorem rate will be charged. See clause 18 and carrier's tariff.

NO. OF ORIGINAL B(s)/L: 03 - THREE

BILL OF LADING NO.: SZXDL062990

COPY

| PLACE OF ISSUE | DATE |
|---|---|
| GUANG ZHOU | 28 DEC 05 |

A [illegible]

By: YUE XIU LOGISTICS

As Agents for the Carrier

LYKES LINES, A DIVISION OF CP SHIPS USA, LLC
401 E. Jackson Street
Tampa, FL 33602 USA

4/0

**LYKES LINES, A DIVISION OF CP SHIPS USA, LLC**
www.lykeslines.com

PAGE: 2

# BILL OF LADING

| SHIPPER/EXPORTER (complete name and address) | BOOKING NO | BILL OF LADING NO. |
|---|---|---|
| FULLRIVER BATTERY MANUFACTURE CO., LTD. TAISHI INDUSTRIAL AREA, YUWOTOU TOWN, PANYU ZONE, GUANGZHOU CHINA | SZXDL06299 | SZXDL062990 |
| | EXPORT REFERENCES | CUSTOMER REFERENCES |

| CONSIGNEE (not negotiable unless consigned to order) | FORWARDING AGENT | FMC NO. | CHB NO. |
|---|---|---|---|
| JANES POWER SYSTEMS INC. 155-A EAST SAINT CHARLES RD CAROL STREAM, IL 60188-2081 | | | |

| NOTIFY (complete name and address) | ALSO NOTIFY - ROUTING & INSTRUCTIONS |
|---|---|
| FEDEX TRADE NETWORKS 49 PAVILION AVE PROVIDENCE, RI 02905 ATTN:MS.CINDY TEL:401-941-2694 FAX:401-941-6340 | NORTH AMERICAN POWER GROUP LLC 323 KENTUCKY AVE SINKING SPRING PA 19608 ATTN:DOUG PIERCE TEL:610-927-9921 FAX:484-214-0196 |

| *PRE-CARRIAGE BY | *PLACE OF RECEIPT BY PRE-CARRIER | POINT (STATE) OF ORIGIN OR FTZ NUMBER | |
|---|---|---|---|
| | | | |
| VESSEL/VOYAGE | PORT OF LOADING | LOADING PIER/TERMINAL | |
| CP MONTERREY 026E | CHIWAN | CHIWAN | |
| PORT OF DISCHARGE | *PLACE OF DELIVERY BY ONCARRIER | TRANSPORT MODE | TARIFF NO. / SERVICE CONTRACT NO. |
| VANCOUVER | ELMHURST, IL, US | CY -DO | 019627-368 APPROVAL |

*Applicable only when used in multimodal service.

PARTICULARS FURNISHED BY SHIPPER

| SHIPMENT CODE-MARKS & NUMBERS CONTAINER & SEAL NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | | DESTINATION AFTER FREETIME EXPIRES AS PER CARRIER TARIFF/CONTRACT. SHIPPED ON BOARD DATE:DEC 28,2005 FREIGHT PREPAID | | |

Received in apparent good order and condition (unless otherwise stated herein) the total number of containers or other packages or units indicated above. In accepting this document, even without signing it himself, the merchant expressly agrees and accepts that carriage is subject to all the terms and conditions, including the terms and conditions, on the reverse hereof, whether written, printed, stamped or otherwise incorporated and the terms and conditions of the carriers applicable tariff particularly as regards CONTAINER AND VEHICLE DEMURRAGE. Carriage to be from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. The carrier has the right to ship Goods on deck as per clause 11. FOR BILLS OF LADING, if the carrier so requires, before he arranges delivery of the Goods, one original Bill of Lading, duly endorsed, must be surrendered by the merchant to the carrier. In witness whereof, the number of originals stated below have been issued, one of which being accomplished, the others to be void. FOR SEA WAYBILLS/EXPRESS BILLS. The Goods shipped under this Sea Waybill will be delivered to the party named above as consignee or it's authorized agents, on production of proof of identity without any documents formalities. Delivery otherwise than to the party and at the place set out above, at the request of the consignee, may be agreed by the carrier but subject always to the shippers agreement. The carrier to exercise due care, ensuring that delivery is made to the proper party, however, in case of incorrect delivery, no responsibility will be accepted unless due to fault or neglect on the part of the carrier. All references to "Bill of Lading" in this document should be taken to read "Sea Waybill" / "Express Bill" when printing Sea Waybills / Express Bills.

| FREIGHT CHARGES | PAY AT | RATE BASIS | PREPAID | COLLECT |
|---|---|---|---|---|
| | | | | |
| TOTAL CHARGES | | | | |

Declared Cargo Value $ ________ If Merchant enters a value, carrier's limitation of liability shall not apply and the ad valorem rate will be charged. See clause 18 and carrier's tariff.

NO. OF ORIGINAL B(s)/L 03 - THREE

BILL OF LADING NO. SZXDL062990

COPY

PLACE OF ISSUE: GUANG ZHOU

DATE: 28 DEC 05

A full set of originals of this bill of lading is hereby issued by the Carrier.

By: YUE XIU LOGISTICS

As Agents for the Carrier

LYKES LINES, A DIVISION OF CP SHIPS USA, LLC
401 E. Jackson Street
Tampa, FL 33602 USA

# Exhibit C

Marian S. K. Ming & Associates
One North LaSalle Street, Suite 2205
Chicago Illinois, 60602

1/6 2

LYKES LINES, A DIVISION OF CP SHIPS USA, LLC
www.lykeslines.com

PAGE: 1

# BILL OF LADING

SHIPPER/EXPORTER (complete name and address)
FULLRIVER BATTERY MANUFACTURE CO., LTD. TAISHI INDUSTRIAL AREA, YUWOTOU TOWN, PANYU ZONE, GUANGZHOU CHINA

BOOKING NO: SZXWL13214

BILL OF LADING NO.: SZXWL132140

EXPORT REFERENCES

CUSTOMER REFERENCES

CONSIGNEE (not negotiable unless consigned to order)
NORTH AMERICAN POWER GROUP LLC
323 KENTUCKY AVE SINKING SPRING PA
19608 ATTN:DOUG PIERCE
TEL:610-927-9921 FAX:484-214-0196

FORWARDING AGENT

FMC NO.

CHB NO.

NOTIFY (complete name and address)
FEDEX TRADE NETWORKS
49 PAVILION AVE PROVIDENCE,RI 02905
ATTN:MS CINDY
TEL:401-941-2694 FAX:401-941-6340

ALSO NOTIFY - ROUTING & INSTRUCTIONS
NORTH AMERICAN POWER GROUP LLC
323 KENTUCKY AVE SINKING SPRING PA
19608 ATTN:DOUG PIERCE
TEL:610-927-9921
FAX:484-214-0196

| *PRE-CARRIAGE BY | *PLACE OF RECEIPT BY PRE-CARRIER | POINT (STATE) OF ORIGIN OR FTZ NUMBER | |
|---|---|---|---|
| VESSEL/VOYAGE: CANMAR PROMISE 028E | PORT OF LOADING: CHIWAN | LOADING PIER/TERMINAL: CHIWAN | |
| PORT OF DISCHARGE: VANCOUVER | *PLACE OF DELIVERY BY ONCARRIER: ELMHURST, IL, US | TRANSPORT MODE: CY - DC | TARIFF NO. / SERVICE CONTRACT NO.: 019627-367 C5722 |

*Applicable only when used in multimodal service

PARTICULARS FURNISHED BY SHIPPER

| SHIPMENT CODE MARKS & NUMBERS / CONTAINER & SEAL NUMBERS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| NAP-NEXTEL<br>P/NO:11346<br>PI#:03-K5 TO IL | 2 | SHIPPER'S WEIGHT, LOAD AND COUNT<br>CY/DOOR<br><br>638 CARTONS (28 PLTS)<br>BATTERY<br><br>NOT CONTAINING LITHIUM,SODIUN,<br>(POTASSIUM,HYDROXIDE)<br><br>THIS SHIPMENT CONTAINS SOLID WOOD PACKING MATERIALS AND DID FUMIGATION<br><br>UNITED STATES AGENT:<br>TAMPA<br>LYKES LINES LTD,LLC<br>401 EAST JACKSON STREET SUITE 3300<br>TAMPA FL 33602 TEL:+1 813 276 4600<br><br>TOTAL:1X20'DH & 1X20'DC CONTAINERS ONLY | 34182.000KG<br>75357.637LB | 23.240CM<br>820.711CF |
| CN: CPSU1718607 | | 318 CARTON(S) | 17039.000KG | 11.620CM |

Second shipment 2X20' containers. deliver 1/14. ETA: 2/15.

CONTINUED ON PAGE: 2

Received in apparent good order and condition (unless otherwise stated herein) the total number of containers or other packages or units indicated above in accepting this document, [illegible] agrees and accepts that carriage is subject to all the terms and conditions, including the terms and conditions on the reverse hereof, whether written, printed, stamped or otherwise incorporated and the [illegible] applicable tariff particularly as regards CONTAINER AND VEHICLE DEMURRAGE. Carriage to be from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, [illegible] ship Goods on deck as per clause 11. FOR BILLS OF LADING, if the carrier so requires, before he arranges delivery of the Goods one original Bill of Lading, duly endorsed, must be surrendered [illegible] whereof, the number of originals stated below have been issued, one of which being accomplished, the other(s) to be void. FOR SEA WAYBILLS/EXPRESS BILLS. The Goods shipped under this Sea Waybill [illegible] above as consignee or it's authorized agents, on production of proof of identity without any documents formalities. Delivery otherwise than to the party and at the place set out above, at the request of the [illegible] the carrier but subject always to the shippers agreement. The carrier to exercise due care, ensuring that delivery is made to the proper party, however, in case of incorrect delivery, no responsibility will be [illegible] or neglect on the part of the carrier. All references to "Bill of Lading" in this document should be taken to read "Sea Waybill" / "Express Bill" when printing Sea Waybills / Express Bills.

| FREIGHT CHARGES | PAY AT | RATE BASIS | PREPAID | COLLECT |
|---|---|---|---|---|
| | | | | |
| TOTAL CHARGES | | | | |

Declared Cargo Value $ [illegible] carrier's limitation of liability shall not apply and the ad valorem rate will be charged. See clause 18 [illegible]

NO. OF ORIGINAL B(s)/L: 03 - THREE

BILL OF LADING NO.: SZXWL132140

COPY

PLACE OF ISSUE: GUANG ZHOU

DATE: 21 JAN 08

[illegible]

By: YUE XIU LOGISTICS

As Agents for the Carrier

LYKES LINES, A DIVISION OF CP SHIPS USA, LLC
401 E. Jackson Street

-10

LYKES LINES, A DIVISION OF CP SHIPS USA, LLC
www.lykeslines.com

PAGE: 2

# BILL OF LADING

**SHIPPER/EXPORTER (complete name and address)**
FULLRIVER BATTERY MANUFACTURE CO., LTD. TAISHI INDUSTRIAL AREA, YUWOTOU TOWN, PANYU ZONE, GUANGZHOU CHINA

**BOOKING NO:** SZXWL13214

**BILL OF LADING NO.:** SZXWL132140

**EXPORT REFERENCES**

**CUSTOMER REFERENCES**

**CONSIGNEE (not negotiable unless consigned to order)**
NORTH AMERICAN POWER GROUP LLC
323 KENTUCKY AVE.SINKING SPRING PA
19608 ATTN DOUG PIERCE
TEL:610-927-9921 FAX:484-214-0196

**FORWARDING AGENT** | **FMC NO** | **CHB NO.**

**NOTIFY (complete name and address)**
FEDEX TRADE NETWORKS
49 PAVILION AVE PROVIDENCE,RI 02905
ATTN:MS.CINDY
TEL:401-941-2694 FAX:401-941-6340

**ALSO NOTIFY - ROUTING & INSTRUCTIONS**
NORTH AMERICAN POWER GROUP LLC
323 KENTUCKY AVE SINKING SPRING PA
19608 ATTN:DOUG PIERCE
TEL:610-927-9921
FAX:484-214-0196

| *PRE-CARRIAGE BY | *PLACE OF RECEIPT BY PRE-CARRIER | POINT (STATE) OF ORIGIN OR FTZ NUMBER | |
|---|---|---|---|
| | | | |
| **VESSEL/VOYAGE** | **PORT OF LOADING** | **LOADING PIER/TERMINAL** | |
| CANMAR PROMISE 028E | CHIWAN | CHIWAN | |
| **PORT OF DISCHARGE** | ***PLACE OF DELIVERY BY ONCARRIER** | **TRANSPORT MODE** | **TARIFF NO. / SERVICE CONTRACT NO.** |
| VANCOUVER | ELMHURST, IL, US | CY -DC | 019627-367 C5722 |

* Applicable only when used in multimodal service.

PARTICULARS FURNISHED BY SHIPPER

| SHIPMENT CODE MARKS & NUMBERS CONTAINER & SEAL NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| SN1: 0203825<br>CN: ITAU2172629<br>SN1: 0203882 | 320 CARTON(S) | | 37564.179LB<br>17143.000KG<br>37793.458LB | 410.356CF<br>11.620CM<br>410.356CF |

"FREIGHT PREPAID"
SHIPPED ON BOARD DATE: JAN 21,2006
IMPORT CONTAINER DEMURRAGE/DETENTION CHARGES WILL APPLY TO CONSIGNEE AT DESTINATION AFTER FREETIME EXPIRES AS PER CARRIER TARIFF/CONTRACT.

Received in apparent good order and condition (unless otherwise stated herein) the total number of containers or other packages or units indicated above in accepting this document, albeit without signing it himself, the merchant expressly agrees and accepts that carriage is subject to all the terms and conditions, including the terms and conditions on the reverse hereof, whether written, printed, stamped or otherwise incorporated and the terms and conditions of the carrier's applicable tariff particularly as regards CONTAINER AND VEHICLE DEMURRAGE. Carriage to be from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. The carrier has the right to ship Goods on deck as per clause [illegible]. FOR BILLS OF LADING: If the carrier so requires, before he arranges delivery of the Goods, one original Bill of Lading, duly endorsed, must be surrendered by the merchant to the carrier. In witness whereof, the number of originals stated below have been issued, one of which being accomplished, the other(s) to be void. FOR SEA WAYBILLS/EXPRESS BILLS: The Goods shipped under this Sea Waybill will be delivered to the party named above as consignee or it's authorized agents, on production of proof of identity without any documents formalities. Delivery otherwise than to the party and at the place set out above, at the request of the consignee, may be agreed by the carrier but subject always to the shippers agreement. The carrier to exercise due care, ensuring that delivery is made to the proper party; however, in case of incorrect delivery, no responsibility will be accepted unless due to fault or neglect on the part of the carrier. All references to "Bill of Lading" in this document should be taken to read "Sea Waybill" / "Express Bill" when printing Sea Waybills / Express Bills.

| FREIGHT CHARGES | PAY AT | RATE BASIS | PREPAID | COLLECT |
|---|---|---|---|---|
| | | | | |
| TOTAL CHARGES | | | | |

Declared Cargo Value $ ________ If Merchant enters a value, carrier's limitation of liability shall not apply and the ad valorem rate will be charged. See clause 18 and carrier's tariff.

NO. OF ORIGINAL B(s)/L: 03 - THREE

BILL OF LADING NO.: SZXWL132140

COPY

PLACE OF ISSUE: GUANG ZHOU

DATE: 21 JAN 06

A full set of originals of this bill of lading is hereby issued by the Carrier.

By: YUE XIU LOGISTICS

As Agents for the Carrier

LYKES LINES, A DIVISION OF CP SHIPS USA, LLC
401 E. Jackson Street

# Exhibit D

Marian S. K. Ming & Associates
One North LaSalle Street, Suite 2205
Chicago Illinois, 60602

詹氏公司订单②



# Purchase Order

| Date | P.O. No. |
| --- | --- |
| 12/28/2005 | 11437 |

12月28日

| Vendor 索力 | Ship To |
| --- | --- |
| FULLRIVER NORTH AMERICA<br>DOUG PIERCE<br>949 N. LARCH<br>ELMHURST, IL 60126<br>610 927 9921 office | Janes Power Systems, Inc.<br>155-A East Saint Charles Road<br>Carol Stream, IL 60188 |

| Issued by | Terms | Expected | Ship Via | FOB |
| --- | --- | --- | --- | --- |
| bl | Net 30 | 12/28/2005 | BEST WAY GROUND | |

| Item | Description | Qty | Rate | Amount |
| --- | --- | --- | --- | --- |
| CC-ER170FT | BPI MODEL ER170FT FRONT TERMINAL TELECOM BATTERY, RATED 12 VDC, 160 AH, 21.65 x 4.33 x 11.3"H, 114 LBS.<br><br>MUST NOTIFY JANES POWER SYSTEMS, CHRIS WEGENER TWO WEEKS PRIOR TO DELIVERY AND AGAIN 48 HOURS PRIOR TO DELIVERY. PHONE 630-682-9955 | 636 | 112.00 | 71,232.00 |
| | | | **Total** | $71,232.00 |

# Exhibit E

Marian S. K. Ming & Associates
One North LaSalle Street, Suite 2205
Chicago Illinois, 60602



CP SHIPS USA, LLC
www.cpships.com

PAGE: 1

# BILL OF LADING

SHIPPER/EXPORTER (complete name and address)
FULLRIVER BATTERY MANUFACTURE CO., LTD. TAISHI INDUSTRIAL AREA, YUWOTOU TOWN, PANYU ZONE, GUANGZHOU CHINA

BOOKING NO: CB0CU00124
BILL OF LADING NO: CB0CU001240
EXPORT REFERENCES
CUSTOMER REFERENCES

CONSIGNEE (not negotiable unless consigned to order)
NORTH AMERICAN POWER GROUP LLC
323 KENTUCKY AVE.SINKING SPRING PA
19608 ATTN:DOUG PIERCE
TEL:610-927-9921 FAX:484-214-0196

FORWARDING AGENT / FMC NO / CHB NO

NOTIFY (complete name and address)
FEDEX TRADE NETWORKS
49 PAVILION AVE.PROVIDENCE,RI 02905
ATTN:MS.CINDY
TEL:401-941-2694 FAX:401-941-6340

ALSO NOTIFY - ROUTING & INSTRUCTIONS
NORTH AMERICAN POWER GROUP LLC
323 KENTUCKY AVE SINKING SPRING PA
19608 ATTN:DOUG PIERCE
TEL:610-927-9921
FAX:484-214-0196

| *PRE-CARRIAGE BY | *PLACE OF RECEIPT BY PRE-CARRIER | POINT (STATE) OF ORIGIN OR FTZ NUMBER | |
|---|---|---|---|
| VESSEL/VOYAGE: OOCL VANCOUVER 001E | PORT OF LOADING: SHEKOU | LOADING PIER/TERMINAL: SHEKOU | |
| PORT OF DISCHARGE: VANCOUVER | *PLACE OF DELIVERY BY ONCARRIER: CAROL STREAM, IL, US | TRANSPORT MODE: CY - DC | TARIFF NO / SERVICE CONTRACT NO: 019627-015 APPROVAL |

*Applicable only when used in multimodal service.

PARTICULARS FURNISHED BY SHIPPER

| SHIPMENT CODE MARKS & NUMBERS CONTAINER & SEAL NUMBERS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| NAP-NEXTEL<br>P/NO:11437<br>PI#:01-K6 TO IL- ( [illegible] ) | | SHIPPER'S WEIGHT, LOAD AND COUNT<br>CY/DOOR<br><br>318 CARTONS (14 PLTS)<br>BATTERY<br><br>(NOT CONTAINING LITHIUM,SODIUM, POTASSIUM,HYDROXIDE)<br><br>THIS SHIPMENT CONTAINS SOLID WOOD PACKING MATERIALS AND DID FUMIGATION<br><br>TO DOOR ADD:<br>155-A EAST SAINT CHARLES ROAD, CAROL STREAM,IL 60188,USA<br><br>UNITED STATES AGENT:<br>TAMPA<br>LYKES LINES LTD,LLC<br>401 EAST JACKSON STREET SUITE 3300<br>TAMPA FL 33602 TEL:+1 813 276 4600 | | |

ETA: 3/13

CONTINUED ON PAGE: 2

Received in apparent good order and condition (unless otherwise stated herein) the total number of containers or other packages or units indicated above. In accepting this document, either without signing it himself, the Merchant expressly agrees and accepts that carriage is subject to all the terms and conditions, including the terms and conditions on the reverse hereof, whether written, printed, stamped or otherwise incorporated and the terms and conditions of the carriers applicable tariff particularly as regards CONTAINER AND VEHICLE DEMURRAGE. Carriage to be from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. The carrier has the right [illegible] ship Goods on deck as per clause 11. FOR BILLS OF LADING, if the carrier so requires, before he arranges delivery of the Goods, one original Bill of Lading, duly endorsed, must be surrendered by the Merchant to the carrier. In witness whereof, the number of originals stated below have been issued, one of which being accomplished, the other(s) to be void. FOR SEA WAYBILLS/EXPRESS BILLS, The Goods shipped under this Sea Waybill will be delivered to the party named above as consignee or it's authorized agents, on production of proof of identity without any documents formalities. Delivery otherwise than to the party and at the place set out above, at the request of the consignee, may be agreed by the carrier but subject always to the shippers agreement. The carrier to exercise due care, ensuring that delivery is made to the proper party, however, in case of incorrect delivery, no responsibility will be accepted unless due to fault or neglect on the part of the carrier. All references to "Bill of Lading" in this document should be taken to read "Sea Waybill" / "Express Bill" when printing Sea Waybills / Express Bills.

| FREIGHT CHARGES | PAY AT | RATE BASIS | PREPAID | COLLECT |
|---|---|---|---|---|
| | | | | |

TOTAL CHARGES

Declared Cargo Value: $ ______ If Merchant enters a value, carrier's limitation of liability shall not apply and the ad valorem rate will be charged. See clause 18 and carrier's tariff.

NO. OF ORIGINAL B(s)/L: 03 - THREE
BILL OF LADING NO: CB0CU001240

PLACE OF ISSUE: GUANG ZHOU
DATE: 21 FEB 06

[illegible]

BY: YUE XIU LOGISTICS
As Agents for the Carrier
CP SHIPS USA, LLC




CP SHIPS USA, LLC
www.cpships.com

PAGE: 2

# BILL OF LADING

| SHIPPER/EXPORTER (complete name and address) | BOOKING NO | BILL OF LADING NO. |
|---|---|---|
| FULLRIVER BATTERY MANUFACTURE CO., LTD. TAISHI INDUSTRIAL AREA, YUWOTOU TOWN, PANYU ZONE, GUANGZHOU CHINA | CB0CU00124 | CB0CU001240 |
| | EXPORT REFERENCES | CUSTOMER REFERENCES |

| CONSIGNEE (not negotiable unless consigned to order) | FORWARDING AGENT | FMC NO. | CHB NO. |
|---|---|---|---|
| NORTH AMERICAN POWER GROUP LLC<br>323 KENTUCKY AVE.SINKING SPRING PA<br>19608 ATTN:DOUG PIERCE<br>TEL:610-927-9921 FAX:484-214-0196 | | | |

| NOTIFY (complete name and address) | ALSO NOTIFY - ROUTING & INSTRUCTIONS |
|---|---|
| FEDEX TRADE NETWORKS<br>49 PAVILION AVE.PROVIDENCE,RI 02905<br>ATTN:MS.CINDY<br>TEL:401-941-2694 FAX:401-941-6340 | NORTH AMERICAN POWER GROUP LLC<br>323 KENTUCKY AVE SINKING SPRING PA<br>19608 ATTN:DOUG PIERCE<br>TEL:610-927-9921<br>FAX:484-214-0196 |

| *PRE-CARRIAGE BY | *PLACE OF RECEIPT BY PRE-CARRIER | POINT (STATE) OF ORIGIN OR FTZ NUMBER | |
|---|---|---|---|
| | | | |
| **VESSEL/VOYAGE** | **PORT OF LOADING** | **LOADING PIER/TERMINAL** | |
| OOCL VANCOUVER 001E | SHEKOU | SKEKOU | |
| **PORT OF DISCHARGE** | ***PLACE OF DELIVERY BY ONCARRIER** | **TRANSPORT MODE** | **TARIFF NO. / SERVICE CONTRACT NO** |
| VANCOUVER | CAROL STREAM, IL, US | CY -DC | 019627-015 APPROVAL |

*Applicable only when used in multimodal service.

PARTICULARS FURNISHED BY SHIPPER

| SHIPMENT CODE -MARKS & NUMBERS CONTAINER & SEAL NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CN: FCIU2495450<br>SN1: 0199291 | | TOTAL:1X20'DH CONTAINER ONLY<br>318 CARTON(S) | 17039.000KG<br>37564.179LB | 11.620CM<br>410.356CF |

SHIPPED ON BOARD DATE: FEB 21,2006
IMPORT CONTAINER DEMURRAGE/DETENTION CHARGES WILL APPLY TO CONSIGNEE AT DESTINATION AFTER FREETIME EXPIRES AS PER CARRIER TARIFF/CONTRACT.
"FREIGHT PREPAID"

Received in apparent good order and condition (unless otherwise stated herein) the total number of containers or other packages or units indicated above in accepting this document, albeit without signing it himself, the merchant expressly agrees and accepts that carriage is subject to all the terms and conditions, including the terms and conditions on the reverse hereof, whether written, printed, stamped or otherwise incorporated and the terms and conditions of the carrier's applicable tariff particularly as regards CONTAINER AND VEHICLE DEMURRAGE. Carriage to be from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. The carrier has the right to ship Goods on deck as per clause 11. FOR BILLS OF LADING: If the carrier so requires, before he arranges delivery of the Goods, one original Bill of Lading, duly endorsed, must be surrendered by the merchant to the carrier. In witness whereof, the number of originals stated below have been issued, one of which being accomplished, the others to be void. FOR SEA WAYBILLS/EXPRESS BILLS: The Goods shipped under this Sea Waybill will be delivered to the party named above as consignee or it's authorized agents, on production of proof of identity without any documents formalities. Delivery otherwise than to the party and at the place set out above, at the request of the consignee, may be agreed by the carrier but subject always to the [illegible] agreement. The carrier to exercise due care, ensuring that delivery is made to the proper party; however, in case of incorrect delivery, no responsibility will be accepted unless due to fault or neglect on the part of the carrier. All references to "Bill of Lading" in this document should be taken to read "Sea Waybill" / "Express Bill" when printing Sea Waybills / Express Bills.

| FREIGHT CHARGES | PAY AT | RATE BASIS | PREPAID | COLLECT |
|---|---|---|---|---|
| | | | | |
| TOTAL CHARGES | | | | |

Declared Cargo Value $ ______ If Merchant enters a value, carrier's limitation of liability shall not apply and the ad valorem rate will be charged. See clause 18 and carrier's tariff.

NO. OF ORIGINAL B(s)/L 03 - THREE

BILL OF LADING NO. CB0CU001240

COPY

PLACE OF ISSUE GUANG ZHOU — DATE 21 FEB 06

A full set of originals of this bill of lading is hereby issued by the Carrier.

By: YUE XIU LOGISTICS

As Agents for the Carrier

CP SHIPS USA, LLC
401 E. Jackson Street

# Exhibit F

Marian S. K. Ming & Associates
One North LaSalle Street, Suite 2205
Chicago Illinois, 60602



CP SHIPS USA, LLC
www.cpships.com

PAGE: 1

# BILL OF LADING

| SHIPPER/EXPORTER (complete name and address) | BOOKING NO | BILL OF LADING NO |
|---|---|---|
| FULLRIVER BATTERY MANUFACTURE CO., LTD, TAISHI INDUSTRIAL AREA, YUWOTOU TOWN, PANYU ZONE, GUANGZHOU CHINA | CB0CU00231 | CB0CU002310 |
| | EXPORT REFERENCES | CUSTOMER REFERENCES |

| CONSIGNEE (not negotiable unless consigned to order) | FORWARDING AGENT | FMC NO. | CHB NO. |
|---|---|---|---|
| NORTH AMERICAN POWER GROUP LLC 323 KENTUCKY AVE SINKING SPRING PA 19608 ATTN DOUG PIERCE TEL 610-927-9921 FAX 484-214-0196 | | | |

| NOTIFY (complete name and address) | ALSO NOTIFY - ROUTING & INSTRUCTIONS |
|---|---|
| FEDEX TRADE NETWORKS 49 PAVILION AVE PROVIDENCE, RI 02905 ATTN MS CINDY TEL 401-941-2694 FAX 401-941-6340 | NORTH AMERICAN POWER GROUP LLC 323 KENTUCKY AVE SINKING SPRING PA 19608 ATTN DOUG PIERCE TEL 610-927-9921 FAX 484-214-0196 |

| *PRE-CARRIAGE BY | *PLACE OF RECEIPT BY PRE-CARRIER | POINT (STATE) OF ORIGIN OR FTZ NUMBER | |
|---|---|---|---|
| | | | |
| VESSEL/VOYAGE | PORT OF LOADING | LOADING PIER/TERMINAL | |
| OOCL NEW YORK 058E | SHEKOU | SHEKOU | |
| PORT OF DISCHARGE | *PLACE OF DELIVERY BY ONCARRIER | TRANSPORT MODE | TARIFF NO. / SERVICE CONTRACT NO. |
| VANCOUVER | CAROL STREAM, IL, US | CY - DC | 019627-016 C5722 |

*Applicable only when used in multimodal service.

PARTICULARS FURNISHED BY SHIPPER

| SHIPMENT CODE, MARKS & NUMBERS CONTAINER & SEAL NUMBERS | NO. OF PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| NAP-NEXTEL P/NO 11437 PI# 01-K6 TO IL (Second Container) | 1 | SHIPPER'S WEIGHT, LOAD AND COUNT CY/DOOR<br><br>318 CARTONS (14 PLTS) BATTERY<br><br>(NOT CONTAINING LITHIUM, SODIUM, POTASSIUM, HYDROXIDE)<br><br>THIS SHIPMENT CONTAINS SOLID WOOD PACKING MATERIALS AND DID FUMIGATION<br><br>TO DOOR ADD: 155-A EAST SAINT CHARLES ROAD, CAROL STREAM, IL 60188, USA<br><br>UNITED STATES AGENT: TAMPA LYKES LINES LTD, LLC 401 EAST JACKSON STREET SUITE 3300 TAMPA FL 33602 TEL:+1 813 276 4600 | | ETA: 3/28 |

CONTINUED ON PAGE: 2

Received in apparent good order and condition (unless otherwise stated herein) the total number of containers or other packages or units indicated above in Accepting this document, albeit without signing it himself, the merchant expressly agrees and accepts that carriage is subject to all the terms and conditions, including the terms and conditions on the reverse hereof, whether written, printed, stamped or otherwise incorporated and the terms and conditions of the carrier's applicable tariff particularly as regards CONTAINER AND VEHICLE DEMURRAGE. Carriage to be from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. The carrier has the right ship Goods on deck as per clause 11. FOR BILLS OF LADING: If the carrier so requires, before he arranges delivery of the Goods, one original Bill of Lading, duly endorsed, must be surrendered by the merchant to the carrier. In witness whereof, the number of originals stated below have been issued, one of which being accomplished, the other(s) to be void. FOR SEA WAYBILLS/EXPRESS BILLS: The Goods shipped under this Sea Waybill will be delivered to the party named above as consignee or it's authorised agents, on production of proof of identity without any documents formalities. Delivery otherwise than to the party and at the place set out above, at the consignee, may be agreed by the carrier but subject always to the shippers agreement. The carrier to exercise due care, ensuring that delivery is made to the proper party, however, in case of incorrect delivery, no responsibility will be accepted unless due to fault or neglect on the part of the carrier. All references to "Bill of Lading" in this document should be taken to read "Sea Waybill" / "Express Bill" when printing Sea Waybills / Express Bills.

| FREIGHT CHARGES | PAY AT | RATE BASIS | PREPAID | COLLECT |
|---|---|---|---|---|
| TOTAL CHARGES | | | | |

Declared Cargo Value $ ____ If Merchant enters a value, carrier's limitation of liability shall not apply and the ad valorem rate will be charged. See clause 18 and carrier's tariff.

NO. OF ORIGINAL B(s)/L 03 THREE

BILL OF LADING NO. CB0CU002310

COPY

PLACE OF ISSUE: GUANG ZHOU DATE: 09 MAR 06

A true set of originals of the bill of lading ... issued on behalf of the Carrier

By YUE XIU LOGISTICS

As Agents for the Carrier

CP SHIPS USA, LLC
401 E. Jackson Street



CP SHIPS USA, LLC
www.cpships.com

PAGE: 2

# BILL OF LADING

SHIPPER/EXPORTER (complete name and address)
FULLRIVER BATTERY MANUFACTURE CO., LTD. TAISHI INDUSTRIAL AREA, YUWOTOU TOWN, PANYU ZONE, GUANGZHOU CHINA

BOOKING NO: CBOCU00231

BILL OF LADING NO.: CBOCU002310

EXPORT REFERENCES

CUSTOMER REFERENCES

CONSIGNEE (not negotiable unless consigned to order)
NORTH AMERICAN POWER GROUP LLC
323 KENTUCKY AVE SINKING SPRING PA 19608 ATTN DOUG PIERCE
TEL:610-927-9921 FAX:484-214-0196

FORWARDING AGENT — FMC NO. — CHB NO.

NOTIFY (complete name and address)
FEDEX TRADE NETWORKS
49 PAVILION AVE PROVIDENCE,RI 02905
ATTN:MS CINDY
TEL:401-941-2694 FAX:401-941-6340

ALSO NOTIFY - ROUTING & INSTRUCTIONS
NORTH AMERICAN POWER GROUP LLC
323 KENTUCKY AVE SINKING SPRING PA 19608 ATTN DOUG PIERCE
TEL:610-927-9921 FAX:484-214-0196

| *PRE-CARRIAGE BY | *PLACE OF RECEIPT BY PRE-CARRIER | POINT (STATE) OF ORIGIN OR FTZ NUMBER | |
|---|---|---|---|
| | | | |
| **VESSEL/VOYAGE** | **PORT OF LOADING** | **LOADING PIER/TERMINAL** | |
| OOCL NEW YORK 058E | SHEKOU | SHEKOU | |
| **PORT OF DISCHARGE** | ***PLACE OF DELIVERY BY ONCARRIER** | **TRANSPORT MODE** | **TARIFF NO. / SERVICE CONTRACT NO** |
| VANCOUVER | CAROL STREAM, IL, US | CY -DC | 019627-016 CS722 |

*Applicable only when used in multimodal service.

PARTICULARS FURNISHED BY SHIPPER

| SHIPMENT CODE MARKS & NUMBERS CONTAINER & SEAL NUMBERS | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| CN: TTNU3477525<br>SN1: 0158608 | | TOTAL:1X20'DH CONTAINER ONLY<br>318 CARTON(S)<br><br>FREIGHT PREPAID<br>SHIPPED ON BOARD DATE: MAR 09,2006<br>IMPORT CONTAINER DEMURRAGE/DETENTION CHARGES WILL APPLY TO CONSIGNEE AT DESTINATION AFTER FREETIME EXPIRES AS PER CARRIER TARIFF/CONTRACT | 17039.000KG<br>37564.179LB | 11.620CM<br>410.356CF |

Received in apparent good order and condition (unless otherwise stated herein) the total number of containers or other packages or units indicated above in accepting this document, albeit without signing it himself, the merchant expressly agrees and accepts that carriage is subject to all the terms and conditions, including the terms and conditions on the reverse hereof, whether written, printed, stamped or otherwise incorporated and the terms and conditions of the carrier's applicable tariff particularly as regards CONTAINER AND VEHICLE DEMURRAGE. Carriage to be from the Place of Receipt or the Port of Loading, to the Port of Discharge or Place of Delivery, whichever is applicable. The Carrier has the right ship Goods on deck as per clause 11. FOR BILLS OF LADING: If the carrier so requires, before he arranges delivery of the Goods, one original Bill of Lading, duly endorsed, must be surrendered by the merchant to the carrier. In witness whereof, the number of originals stated below have been signed, one of which being accomplished, the other(s) to be void. FOR SEA WAYBILLS/EXPRESS BILLS: The Goods shipped under this Sea Waybill will be delivered to the party named above as consignee or to its authorized agents, on production of proof of identity without any documents (formalities). Delivery otherwise than to the party and at the place set out above, at the request of the consignee, may be agreed by the carrier but subject always to the shipper's agreement. The carrier to exercise due care ensuring that delivery is made to the proper party, however, in case of incorrect delivery, no responsibility will be accepted unless due to fault or neglect on the part of the Carrier. All references to "Bill of Lading" in this document should be taken to read "Sea Waybill" / "Express Bill" when printing Sea Waybills / Express Bills.

| FREIGHT CHARGES | PAY AT | RATE BASIS | PREPAID | COLLECT |
|---|---|---|---|---|
| | | | | |
| TOTAL CHARGES | | | | |

Declared Cargo Value $ — If Merchant enters a value, carrier's limitation of liability shall not apply and the ad valorem rate will be charged. See clause 18 and carrier's tariff.

NO. OF ORIGINAL B(s)/L: 03 - THREE

BILL OF LADING NO.: CBOCU002310

COPY

PLACE OF ISSUE: GUANG ZHOU — DATE: 09 MAR 06

By: YUE XIU LOGISTICS

As Agents for the Carrier

CP SHIPS USA, LLC
401 E. Jackson Street